# ACORD®  INSURANCE BINDER

| | DATE (MM/DD/YYYY) |
|---|---|
| | 12/03/24 |

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON PAGE 2 OF THIS FORM.**

| AGENCY | COMPANY | BINDER # |
|---|---|---|
| Sabatino Insurance Agency<br>519 Broadway<br>Everett, MA 02149 | MPIUA | 10067 |

| | EFFECTIVE | | | EXPIRATION | |
|---|---|---|---|---|---|
| | DATE | TIME | | DATE | TIME |
| | 12/03/24 | 11:28 | ☒ AM / PM | 12/03/25 | 12:01 AM NOON |

| PHONE (A/C, No, Ext): 617-387-7466 | FAX (A/C, No): 617-381-9186 |
|---|---|

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY

☐ PER EXPIRING POLICY #: ▮▮▮▮

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 1850

**DESCRIPTION OF OPERATIONS / VEHICLES / PROPERTY (Including Location)**

6 Saugus Ave
Saugus, Ma 01906

**INSURED AND MAILING ADDRESS**

Haralambos Koufos
6 Saugus Ave
Saugus, MA 01906

## COVERAGES / LIMITS

| TYPE OF INSURANCE | COVERAGE / FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS<br>☐ BASIC ☐ BROAD ☐ SPEC | **Dwelling** | 1,000 | | 60,000 |
| | **Personal Property** | | | 40,000 |
| | **Personal Liability** | | | 500,000 |
| | **Med Pay** | | | 5,000 |

| **GENERAL LIABILITY** | Policy Effective 12/03/2024 - 12/03/2025 | | | |
|---|---|---|---|---|
| ☐ COMMERCIAL GENERAL LIABILITY | | EACH OCCURRENCE | $ | |
| ☐ CLAIMS MADE ☐ OCCUR | | DAMAGE TO RENTED PREMISES | $ | |
| | | MED EXP (Any one person) | $ | |
| | | PERSONAL & ADV INJURY | $ | |
| | | GENERAL AGGREGATE | $ | |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | $ | |

| **VEHICLE LIABILITY** | | | |
|---|---|---|---|
| ☐ ANY AUTO | COMBINED SINGLE LIMIT | $ | |
| ☐ OWNED AUTOS ONLY | BODILY INJURY (Per person) | $ | |
| ☐ SCHEDULED AUTOS | BODILY INJURY (Per accident) | $ | |
| ☐ HIRED AUTOS ONLY | PROPERTY DAMAGE | $ | |
| ☐ NON-OWNED AUTOS ONLY | MEDICAL PAYMENTS | $ | |
| | PERSONAL INJURY PROT | $ | |
| | UNINSURED MOTORIST | $ | |
| | | $ | |

| **VEHICLE PHYSICAL DAMAGE** DED | ☐ ALL VEHICLES ☐ SCHEDULED VEHICLES | ACTUAL CASH VALUE | |
|---|---|---|---|
| ☐ COLLISION: | | STATED AMOUNT | $ |
| ☐ OTHER THAN COL: | | | |

| **GARAGE LIABILITY** | | | |
|---|---|---|---|
| ☐ ANY AUTO | AUTO ONLY - EA ACCIDENT | $ | |
| | OTHER THAN AUTO ONLY: | | |
| | EACH ACCIDENT | $ | |
| | AGGREGATE | $ | |

| **EXCESS LIABILITY** | | | |
|---|---|---|---|
| ☐ UMBRELLA FORM | EACH OCCURRENCE | $ | |
| ☐ OTHER THAN UMBRELLA FORM RETRO DATE FOR CLAIMS MADE: | AGGREGATE | $ | |
| | SELF-INSURED RETENTION | $ | |

| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | PER STATUTE | |
|---|---|---|
| | E.L. EACH ACCIDENT | $ |
| | E.L. DISEASE - EA EMPLOYEE | $ |
| | E.L. DISEASE - POLICY LIMIT | $ |

| **SPECIAL CONDITIONS / OTHER COVERAGES** | FEES | $ | |
|---|---|---|---|
| | TAXES | $ | |
| | ESTIMATED TOTAL PREMIUM | $ | 348.00 |

## NAME & ADDRESS

Fifth Third Bank, National Ass
ISAOA/ATIMA
PO Box 39117
Solon, OH 44139

☐ ADDITIONAL INSURED   ☐ LOSS PAYEE   ☒ MORTGAGEE
☐ LENDER'S LOSS PAYABLE

LOAN #:

AUTHORIZED REPRESENTATIVE

Josephine Leone  *(signature)*

© 1993-2016 ACORD CORPORATION. All rights reserved.

**ACORD 75 (2016/03)**   The ACORD name and logo are registered marks of ACORD