

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | Haralambos Koufos | | Ch. 13 |
|---|---|---|---|
| | | | 24-12179-JEB |
| | Debtor | | |

**Order**

**MATTER:**

#6 Order to Update Re: [1] Chapter 13 Voluntary Petition

Since the Debtor failed to comply with the Court's October 31, 2024 Order to Update and failed to file timely the required documents detailed in the Order to Update, this case is dismissed.

Dated: 12/09/2024                    By the Court,

Janet E. Bostwick
United States Bankruptcy Judge